UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODIE PERRY,

       Plaintiff,                    CIVIL ACTION NO. 09-10966

v.                                  HONORABLE AVERN COHN

BRAD MELLOR, et al,

       Defendants.
_____/

**ORDER DENYING APPLICATION FOR APPOINTMENT OF COUNSEL**

Before the Court is Plaintiff's Application of Appointment of Counsel. Only in rare circumstances, is it the practice of this Court to attempt to obtain counsel.  Now therefore;

**IT IS HEREBY ORDERED** that the application is **DENIED**.


                                            s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

Dated:  March 17, 2009

I hereby certify that a copy of the foregoing document was mailed to Jodie Perry, 5684 Huntington, Ypsilanti, MI 48197 and the attorneys of record on this date, March 17, 2009, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager, (313) 234-5160